In the Matter of the Application of HUGH P. O'RORKE et al., Appellants.

MARGARET M. GLEASON, Respondent.

*Real property — street closing — claim for damages accrues at time of closing and does not pass with subsequent grant of land.*

*Matter of O'Rorke,* 195 App. Div. 893, affirmed.
(Argued April 18, 1921; decided May 3, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1921, which affirmed an order of Special Term denying a motion for an order adjudging the petitioners to be the owners of a sum of money deposited with the chamberlain of the city of New York to the credit of damage Nos. 13 to 17 in proceedings to ascertain and determine the compensation which should justly be made to owners of property abutting on Old Kingsbridge road for damages caused by the closing of portions thereof. The respondent owned all of the property designated as damage Nos. 13 to 17 on November 2, 1895, the day when Kingsbridge road, upon which said property abutted, was legally closed. Thereafter she conveyed said premises and petitioners are her subsequent grantees. The trial court held that the

claim for damages accrued at the time of the closing of the road and did not become attached to or pass with the land, but became personal property which belonged to the original owner and directed payment of the fund to the respondent.

*Lawrence E. French* for appellants.

*Thomas C. Blake* and *Merle I. St. John* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.